# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **Case Number: CR 07-S-391-S** |
| ) | |
| **JAMES LAGRONE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This case is before the court on defendant's motion to suppress evidence (doc. no. 6). On November 6, 2007, Magistrate Judge Robert R. Armstrong held an evidentiary hearing and filed his report and recommendation on November 8, 2007, (doc. no. 10).

The court has carefully considered the entire record in this case and finds that the magistrate judge's report is due to be, and it hereby is, ACCEPTED, and his recommendation is ADOPTED. Accordingly, defendant's motion to suppress evidence is DENIED.

DONE this 3rd day of December, 2007.

_____
United States District Judge